# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:23-CR-00049-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THOMAS EUGENE IKARD, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 104) the Superseding Indictment (Doc. No. 21) against Thomas Eugene Ikard, following his guilty plea to the Bill of Information filed in Case No. 5:24-cr-00023-KDB-DCK. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Superceding Indictment (Doc. No. 21) be **DISMISSED**.

Signed: August 23, 2024

Kenneth D. Bell
United States District Judge